**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO.: 1:2025-cv-21762-MOORE/Elfenbein**

HANNAH SPENCE,

    Plaintiff,

vs,

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

## AMENDED CERTIFICATE OF COMPLIANCE

Pursuant to the Court's April 22, 2025 Order (Dkt. 6), Plaintiff's counsel Lisa D. Haba hereby certifies that on April 25, 2025, the Order Setting Discovery Procedures was emailed to Robert Javier Diaz, Attorney for Defendant, after receiving his Notice of Appearance dated April 24, 2025 (Dkt. 7).

Respectfully submitted,

*/s/ Lisa D. Haba*
Lisa D. Haba (FBN 77535)
THE HABA LAW FIRM, P.A.
1220 Commerce Park Dr., Ste. 207
Longwood, FL 32779
844-422-2529
lisahaba@habalaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served on all counsel of record on the Service List below on April 26, 2025.

*/s/ Lisa D. Haba*
Lisa D. Haba

**SERVICE LIST**

**Lisa D. Haba**
lisahaba@habalaw.com
THE HABA LAW FIRM, P.A.
1220 Commerce Park Drive, Suite 207
Longwood, Florida 32779
Tel: (844) 422-2529

**Michael D. Barber**
mbarber@devotedtojustice.com
THE LAW OFFICE OF MICHAEL D. BARBER
641 West Fairbanks Avenue, Suite 101
Winter Park, FL 32789
Tel: (407) 890-8000

*Attorneys for the Plaintiff*

**Roberto Javier Diaz**
rjd@jpfitzlaw.com
J. PATRICK FITZGERALD & ASSOCIATES, P.A.
110 Merrick Way, Ste. 3-B
Coral Gables, FL 33134
Tel: (305) 443-9162

*Attorney for the Defendant*