IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:2025-cv-21762-MOORE/Elfenbein

HANNAH SPENCE,

    Plaintiff,

vs,

ST. THOMAS UNIVERSITY, INC.,

    Defendant.

## CERTIFICATE OF COMPLIANCE

Pursuant to the Court's April 18, 2025 Order (Dkt. 4), Plaintiff's counsel Lisa D. Haba hereby certifies that on April 29, 2025, the Paperless Pretrial Order (Dkt. 4) and the Order Setting Discovery Procedures (Dkt. 6) were emailed to David J. Pascuzzi, Attorney for Defendant, after receiving his Notice of Appearance dated April 28, 2025 (Dkt. 12).

    Respectfully submitted,

*/s/ Lisa D. Haba*
Lisa D. Haba (FBN 77535)
THE HABA LAW FIRM, P.A.
1220 Commerce Park Dr., Ste. 207
Longwood, FL 32779
844-422-2529
lisahaba@habalaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served on all counsel of record on the Service List below on May 5, 2025.

*/s/ Lisa D. Haba*
Lisa D. Haba

## SERVICE LIST

**Lisa D. Haba**
lisahaba@habalaw.com
legalassistant@habalaw.com
THE HABA LAW FIRM, P.A.
1220 Commerce Park Drive, Suite 207
Longwood, Florida 32779
Tel: (844) 422-2529
*Attorney for the Plaintiff*

**Michael D. Barber**
mbarber@devotedtojustice.com
aelwell@devotedtojustice.com
THE LAW OFFICE OF MICHAEL D. BARBER
641 West Fairbanks Avenue, Suite 101
Winter Park, FL 32789
Tel: (407) 890-8000
*Attorney for the Plaintiff*

**Roberto Javier Diaz**
rjd@jpfitzlaw.com
icf@jpfitzlaw.com
J. PATRICK FITZGERALD & ASSOCIATES, P.A.
110 Merrick Way, Ste. 3-B
Coral Gables, FL 33134
Tel: (305) 443-9162
*Attorney for the Defendant*

**David J. Pascuzzi**
dpascuzzi@insurancedefense.net
luksboca-pleadings@insurancedefense.net
kvolpe@insurancedefense.net
LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND
301 Yamato Road
Boca Raton, Florida 33431
Tel: (561) 893-9088
*Attorney for the Defendant*